```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I  Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL ROBERT BOWLING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0142 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | Date: May 10, 2005 |
| MICHAEL ROBERT BOWLING, ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, Linda Harter, attorney for defendant, MICHAEL ROBERT BOWLING, as follows:

It is agreed that the protective order in this case be amended.

Counsel for the defendant has been informed that per Federal Defender Office Policy the Office Manager, Jane Itogawa, must have duplicate keys to all locks.  This would include the lock to the room where the mirror image will be stored.

Counsel has submitted an Amended Protective Order simply adding the office manager's name to the list of people with authorized access.

///

///

1     Counsel for the government, Camill Skipper, was contacted and has
2  no objection to this amendment.
3  Dated: May 11, 2005April 28, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Linda Harter
                                        _____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL ROBERT BOWLING


                                        MCGREGOR W. SCOTT
                                        United States Attorney


Dated: _____,2005
                                        /s/ Camil Skipper
                                        _____
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney


                                  **ORDER**

**IT IS SO ORDERED.**

    Dated:  May 11, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge

2