```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    LINDA C. HARTER, CA Bar #179741
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    MICHAEL ROBERT BOWLING
 7

 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )  No. Cr. S 04-142 MCE
                                  )
12              Plaintiff,        )
                                  )  ORDER
13       v.                       )
                                  )
14  MICHAEL ROBERT BOWLING,       )
                                  )
15              Defendant.        )  Judge: Hon. Peter A. Nowinski
                                  )
16  _____ )
```

17    The Court, having previously ordered the government to provide the
18 defense with a "mirror image" of the defendant's hard drive now orders
19 that the defense may provide this mirror image to the defense expert,
20 Jeff Fischbach, 9909 Topanga Canyon Blvd., Suite 205, Chatsworth, CA
21 91311, subject to the following conditions:
22    1.  Jeff Fischbach shall keep the "mirror images" in a locked,
23 safe and secure location accessible only to Mr. Fischbach or to those
24 working under his direction and assisting him in the defense of this
25 matter.
26    2.  Jeff Fischbach shall not permit any person to have access to
27 the "mirror images" except for attorneys, experts, investigators, and
28 others assisting in the defense of this matter.

1  3. Mr. Fischbach shall sign an agreement provided by the
2 government precluding him from reproducing or distributing any visual
3 images ("protected Materia"), regardless wether the images are in the
4 form of photographs, computer images, or otherwise.  This does not bar
5 reproducing or distributing to defense counsel, the defedant, or those
6 assisting in the defense non-graphic files, such as text files, log
7 files, directory trees, etc.

8  4. No visual computer images of any kind shall be distributed to
9 the defendant without further court order.

10  5. No other person shall be allowed to examine the above stated
11 material without further court order.

12  6. No other copies of the above stated material shall be made
13 without further court order.

14  7. At the conclusion of his work on the case, Jeff Fischbach
15 shall return the "mirror images" to defense counsel or the government
16 for destruction.  The "clean" storage media will be returned to defense
17 counsel.

18  IT IS SO ORDERED.

19  Dated:  June 15, 2005.

                                     /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge