1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL ROBERT BOWLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-0142 MCE |
|---|---|
|             Plaintiff, | ) |
|      v. | )    ORDER |
| MICHAEL ROBERT BOWLING, | ) |
|             Defendant. | ) |
| _____ | ) |

**ORDER**

The conditions of release are to be modified as indicated in the attached third amended conditions of release, attached as exhibit A.

IT IS SO ORDERED.

DATED: June 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10                        EXHIBIT A
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28