1  DANIEL BORDERICK, Bar #89424
   Acting Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I  Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL ROBERT BOWLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0142 MCE |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER |
| v. | ) | |
| MICHAEL ROBERT BOWLING, | ) | Date: June 13, 2006 |
| Defendant. | ) | Time: 8:30 a.m. Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Camil Skipper, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant, MICHAEL ROBERT BOWLING, as follows:

It is agreed that the current Status Conference date of April 25, 2006 be vacated and a new status conference date of June 13, 2006 at 8:30 a.m. be set.

It is anticipated that this case will be resolved with a plea in state court on May 9, 2006.

It is further stipulated and agreed between the parties that the period beginning April 25, 2006 to June 13, 2006, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(A) and Local Code T4.
5  Dated: April 21, 2006

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Acting Federal Defender


                                            /s/ Linda C. Harter
                                            _____
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            MICHAEL ROBERT BOWLING

Dated:  April 21, 2006                      MCGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ Camil Skipper
                                            _____
                                            CAMIL SKIPPER
                                            Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

Dated: April 24, 2006

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE

2