```
 1  DANIEL BORDERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I  Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL ROBERT BOWLING
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:04-cr-0142 MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  MICHAEL ROBERT BOWLING,      )  Date: July 18, 2006
                                 )  Time: 8:30 a.m.
15              Defendant.       )  Judge: Morrison C. England, Jr.
                                 )
16  _____ )

17
```

18      It is hereby stipulated between the parties, Camil Skipper,

19 Assistant United States Attorney, attorney for Plaintiff, and Linda

20 Harter, attorney for defendant, MICHAEL ROBERT BOWLING, as follows:

21      It is agreed that the current Status Conference date of June 13,

22 2006 be vacated and a new status conference date of July 18, 2006 at

23 8:30 a.m. be set.

24      Pursuant to an agreement with the U.S. Attorneys Office and the

25 Butte County District Attorneys Office, Mr. Bowling entered a guilty

26 plea on May 9, 2006 in Butte Cunty Superior Court to charges similar to

27 those pending in this court.  He is presently scheduled to be sentenced

28 on July 11, 2006.  It is anticipated that the U.S. Attorneys Office

1  will then file a motion to dismiss the charges in this case.

2      It is further stipulated and agreed between the parties that the
3  period beginning June 13, 2006 to July 18, 2006, should be excluded in
4  computing the time within which the trial of the above criminal
5  prosecution must commence for purposes of the Speedy Trial Act for
6  defense preparation.  All parties stipulate and agree that this is an
7  appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(A) and Local Code T4.

9  Dated: May 22, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender


                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL ROBERT BOWLING

Dated:  May 22, 2006                    MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Camil Skipper
                                        _____
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: June 5, 2006


                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

2