1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2709

5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,      )
                                  )  NO. 04-cr-0142-MCE
12           Plaintiff,           )
                                  )
13      v.                        )
                                  )  GOVERNMENT'S MOTION TO
14 MICHAEL ROBERT BOWLING         )  DISMISS INDICTMENT;
                                  )  ORDER THEREON
15           Defendant.           )
   _____)
16

17      The United States of America, by and through its undersigned

18 counsel, moves this court to dismiss Indictment 04-142 pursuant to

19 Rule 48(a) of the Federal Rules of Criminal Procedure.  The federal

20 indictment charges Bowling with possessing one or matters depicting

21 minors engaged in sexually explicit conduct.

22      Pursuant to an agreement reached by the parties, Bowling

23 pleaded guilty to a similar state charge in the Superior Court for

24 the County of Butte.  Bowling was sentenced on July 11, 2006, to

25 formal probation as anticipated by the parties.  The defendant

26 having pleaded guilty and been sentenced on a similar state charge,

27 the federal indictment should be dismissed with prejudice.

28 ///

                                   1

```
                                    Respectfully submitted,

Dated: July 17, 2006                McGREGOR W. SCOTT
                                    United States Attorney


                                By: /s/ Camil A. Skipper
                                    CAMIL A. SKIPPER
                                    Assistant U.S. Attorney
```

                            **O R D E R**

**APPROVED AND SO ORDERED.**


Dated: July 17, 2006



                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE

2