```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  MICHAEL ROBERT BOWLING

 8

 9
                     IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,       ) No. 2:04-cr-142-MCE
14                                  )
                   Plaintiff,       )
15                                  )
       v.                           ) NOTICE OF MOTION AND MOTION TO
16                                  ) EXONERATE BOND; ORDER
    MICHAEL ROBERT BOWLING,         )
17                                  ) Date:  July 18, 2006
                   Defendant.       ) Time:  8:30 a.m.
18                                  ) Judge: Hon. Morrison C. England
    _____ )
19

20
       TO: McGREGOR W. SCOTT, United States Attorney, and CAMIL A.
21  SKIPPER, Assistant United States Attorney,

22     PLEASE TAKE NOTICE, that on July 18, 2006 or as soon thereafter as

23  set by the Court, the defendant, through his counsel undersigned, moves

24  this Court to Exonerate the Bond posted in this case and return it to

25  Mrs. Pardo.  This motion is based on the Federal Rules of Criminal

26  Procedure, the facts and arguments set forth below and ay further

27  argument that may occur at the time this motion is heard.

28  ///
```

**FACTS**

Mr. Bowling was ordered released on March 22, 2004 subject to the posting of a bond. Later that day, the Clerk of the Court received $10,000 cash bond from Rosa Pardo. (See docket entry 9, receipt number 2056349.) Mr. Bowling subsequent pled guilty in Butte County Superior Court to a misdemeanor charge of possessing child pornography. He was sentenced on July 11, 2006 to a term of probation.

Pursuant to an agreement reached with the U.S. Attorney's Office and the Butte County District Attorney's Office, the defendant expects that the U.S. Attorney's Office will move on or before July 18, 2006 to dismiss the pending charges in this case. Once charges are dismissed, the defendant requests that the bond immediately be exonerated and that the money be returned its rightful owner, Mrs. Rosa Pardo. Mrs. Pardo has moved while this case has been pending. Her new address is 502 Pioner Rd./Weiser, Idaho 83672.

Dated: July 11, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
MICHAEL ROBERT BOWLING

///
///
///
///
///

**O R D E R**

Bond in this case is ordered exonerated and should be returned to Rosa Pardo at 502 Pioner Rd./Weiser, Idaho 83672.

DATE: July 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE